```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,          *
  Ex rel. SHERETTE RHODES &        *
  ALISA MOSLEY                     *
                                   *
            Plaintiffs             *   CIVIL ACTION NO. TDC-17-0609
                                   *
       v.                          *
                                   *
CAPITAL TECHNOLOGIES               *
INFORMATION SERVICES, INC.,        *
ET AL.,                            *
                                   *
            Defendants.            *
                                   *
                                   *
UNITED STATES OF AMERICA           *
  Ex rel. Connie EZERSKI,          *   CIVIL ACTION NO. TDC-18-0486
                                   *
            Plaintiffs,            *
       v.                          *
                                   *
CTIS, INC., et al.,                *
                                   *
            Defendants.            *
                                   *
                                   *

       *   *   *   *   ***   *   *   *   *
```

## JOINT STATUS REPORT
## OF THE PARTIES

In accordance with the Court's Order dated June 14, 2023, ECF No. 46-2, directing the parties to submit a joint status report, the parties to the above-captioned actions hereby submit this report on the current status of the cases and state as follows:

1. On June 12, 2023, the United States filed with the Court a Notice of Election to Intervene in Part for Purposes of

1

Effectuating Settlement and Declining to Intervene in Part. The Notice informed the Court that the parties had reached an agreement settling the consolidated actions and the United States was intervening in the part of the actions constituting the Covered Conduct particularized in the settlement agreement and declining to intervene as to all other claims in the actions asserted on behalf of the United States.

2. The Notice further requested that the Court enter an Order unsealing the United States' Notice of Intervention, the complaints in the above-referenced actions and the Court's Order regarding the United States' Notice of Intervention and that the seal be lifted on all matters occurring in this consolidated action **after** the date of the Court's Order but maintaining the seal on other pleadings predating the Court's June 14, 2023 Order.

3. On June 14, 2023, the Court entered the requested Order, *see* ECF No. 46, and thereafter issued a second order requesting that a status report be submitted by the parties within 30 days of the date of the Order directing the filing of a status report.

4. The parties have since executed the settlement agreement referenced in the United States' June 12, 2023 Notice of Intervention. Under the terms and conditions of the settlement agreement among the parties, the United States and the Relators will file a Notice of Dismissal of the actions following the initial payments of the settlement amounts by the CTIS defendants.

The initial payments are due on August 14, 2023.  The relators and the United States will thereafter file a joint stipulation of dismissal of the civil actions pursuant to Rule 41 of the Federal Rules of Civil Procedure and consistent with the terms of the settlement agreement.

                                    Respectfully submitted,

                                    EREK L. BARRON
                                  United States Attorney

By:  /s/
     TARRA DeSHIELDS (Bar No. 07749)
     Assistant United States Attorney
     Office of the United States Attorney
     36 South Charles Street, 4th Floor
     Baltimore, Maryland  21201
     Tel: (410) 209-4800
     *Counsel for the United States*

By:  /s/ Janel Quinn
     R. Scott Oswald, Esq.
     Janel Quinn, Esq.
     The Employment Law Group, P.C.
     1717 K St NW, Suite 1110
     Washington, D.C. 20006
     (202) 331-3911 (telephone)
     (202) 261-2835 (facsimile)
     soswald@employmentlawgroup.com
     jquinn@employmentlawgroup.com
     *Counsel for Rhodes & Mosley*

By: /s/ Stephen J. Obermeier
    Stephen J. Obermeier, Esq.
    Wiley Rein LLP
    2050 M St NW
    Washington, D.C. 20036
    (202) 719-7000
    sobermeier@wiley.law
    *Counsel for Relator Ezerski*

```
                              By: _/s/ Rick Vacura____
                              Richard Vacura
                              King & Spalding, LLP
                              1650 Tysons Blvd, Suite 400
                              McLean, Virginia 22102
                              (703) 245-1018

                              King & Spalding, LLP
                              1700 Pennsylvania Avenue, NW
                              Suite 900
                              Washington, D.C. 20006
                              *Attorneys for Defendant CTIS*
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of July, 2023, a copy of the foregoing Joint Status Report of the Parties was sent via the Court's CM/ECF electronic notice system to:

Janel Quinn, Esq.
Kenneth Bledsoe, Esq.
R. Scott Oswald, Esq.
THE EMPLOYMENT LAW GROUP, PC
1717 K Street NW, Suite 1110
Washington, D.C. 20006
Tel: (202) 331-2883
*Attorneys for Relators Rhodes and Mosley*

Stephen J. Obermeier, Esq.
WILEY REIN, LLP
1776 K Street NW
Washington, D.C. 20006
Tel: (202) 719-7000
*Attorneys for Relator Ezerski*

Richard Vacura
Lauren Horneffer
King & Spalding, LLP
1650 Tysons Blvd, Suite 400
McLean, Virginia 22102
(703) 245-1018

King & Spalding, LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
*Attorneys for Defendant CTIS*

　　　　　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　　　　　TARRA DeSHIELDS
　　　　　　　　　　　　　　　　　　Assistant United States Attorney